# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERTZ CAR RENTAL,<br><br>Defendant. | PO-23-5054-GF-JTJ<br><br>VIOLATION:<br>E1728309<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

DATED this 26th day of October, 2023.

_____
John Johnston
United States Magistrate Judge